

IN THE UNITED STATES DISTRICT COURT



FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

v.  :  CRIMINAL NO. 09- 683

STEFAN R. SEUSS
THOMAS R. MEYER  :

**FILED**
OCT 2 1 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER FOR BENCH WARRANT

AND NOW, this 21st day of October, 2009, on motion of Michael L. Levy, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant, STEFAN R. SEUSS, in the above-captioned case.

BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY
*Chief, United States Magistrate Judge*



IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 09- 683

STEFAN R. SEUSS
THOMAS R. MEYER

FILED
OCT 21 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## MOTION FOR BENCH WARRANT

AND NOW, this 21st day of October, 2009, Michael L. Levy, United States Attorney for the Eastern District of Pennsylvania, and Suzanne B. Ercole, Assistant United States Attorney move the Court for the allowance of bench warrants in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

MICHAEL L. LEVY
United States Attorney

_____
Suzanne B. Ercole
Assistant United States Attorney