

301 N. Miami Ave
Miami, Florida 33128
305-523-5280

**TO:**      2609 UNITED STATES COURTHOUSE
            601 MARKET STREET
            PHILADELPHIA, PA 19106-1796

**FILED**

JAN 0 6 2010

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**RE:**      USA VS. SEUSS

            OUR CASE NUMBER - 09-3485-BANDSTRA
            YOUR CASE NUMBER -CR 09-683-01

**DATE:**    12/30/09

===============================================================

The above-mentioned cause has been transferred to your jurisdiction
pursuant to
                (Rule 40, 18:3653)

Please find enclosed the following documents:

_____X_____      Original file

_____      Certified File (pertinent papers only)

_____      Magistrate Proceedings

_____      CASH Bond   Amount $_____
                      (Note: Cash is not included in this transmittal and will
                      be forwarded at a later date from the Financial SECTION)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING
the enclosed copy of this letter.

Yours sincerely,


By COLETTE FARRINGTON
    Deputy Clerk

**CLOSED**

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:09-mj-03485-TEB-1
## Internal Use Only

**Case title: USA v. Seuss**
**Other court case number:** CR 09-683-01
ED/Pennsylvania -
Philadelphia
Division

**Date Filed: 10/28/2009**
**Date Terminated: 10/28/2009**

---

**Assigned to: Magistrate
Judge Ted E. Bandstra**

**Defendant (1)**

Stefan R. Seuss
82732-004
*Y.O.B. 1965*
*TERMINATED: 10/28/2009*

represented by **Robert G. Amsel**
**Robbins Tunkey Ross Amsel
Raben et al
2250 SW 3rd Avenue
4th Floor
Miami, FL 33129-2095
305-858-9550
Fax: 858-7491
Email:
bobamsel@crimlawfirm.com**
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Pending Counts**

None

**Disposition**

**Highest Offense Level
(Opening)**

None

*Polly Fitzpatrick*
*11-19-2009*

**Terminated Counts**                          **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                 **Disposition**

**18:1956(h) MONEY
LAUNDERING CONSPIRACY**

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2009 | 🌐 **1** | **Magistrate Removal on Arrest Warrant/Indictment from Eastern District of Pennsylvania- Philadelphia Division as to Stefan R. Seuss. Case number in the other District CR 09-683-01 as to Stefan R. Seuss.** (lw1) (Entered: 10/29/2009) |
| 10/28/2009 | 🌐 | **Arrest Rule 5(c)(3)/Rule 40 of Stefan R. Seuss** (lw1) (Entered: 10/29/2009) |
| 10/28/2009 | 🌐 **2** | **Report Commencing Criminal Action as to Stefan R. Seuss - DOB: **/**/1965 Prisoner #: 82732-004** (lw1) (Entered: 10/29/2009) |
| 10/28/2009 | 🌐 **3** | **Minute Entry for proceedings held before Magistrate Judge Ted E. Bandstra: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Stefan R. Seuss held on 10/28/2009. (Digital 15:03:34.) (Tape #09E-41.)** (lw1) Modified date filed on 10/29/2009 (lw1). Modified hearing date on 10/30/2009 (lw1). (Entered: 10/29/2009) |
| 10/28/2009 | 🌐 **4** | **Order on Initial Appearance in Rule 5(c)(3)/Rule 40** |

| | | |
|---|---|---|
| | | Proceedings as to Stefan R. Seuss held on 10/28/2009. Removal hearing waived. Defendant Stipulates to Pretrial Detention w/ right to revisit in ED/PA. Defendant Ordered removed in custody to the Eastern District of Pennsylvania. Signed by Magistrate Judge Ted E. Bandstra on 10/28/2009. Tape #09E-42 (Digital 15:03:34.) (lw1) (Entered: 10/29/2009) |
| 10/28/2009 | ◑ 5 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Stefan R. Seuss (lw1) (Entered: 10/29/2009) |
| 10/28/2009 | ◑ 6 | WARRANT of Removal Issued by Magistrate Judge Ted E. Bandstra on 10/28/2009 to District of Eastern District of Pennsylvania- Philadelphia Division as to Stefan R. Seuss. (lw1) (Entered: 10/29/2009) |
| 10/28/2009 | ◑ | (Court only) ***Set/Clear Flags as to Stefan R. Seuss (lw1) (Entered: 10/29/2009) |
| 11/16/2009 | ◑ 7 | Sealed Document (pf) (Entered: 11/19/2009) |
| 11/17/2009 | ◑ 8 | Sealed Document (pf) (Entered: 11/19/2009) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-3485 Bandstra

UNITED STATES OF AMERICA,

v.

Stefan R. Seuss

**WARRANT OF REMOVAL**

/

A(n) _____ Complaint _____ Sup. Rel. Viol.

_X_ Indictment _____ Information

having been filed in the Eastern District PA charging the

above named defendant with Money laundering Conspuracy

_____ surrendered

_X_ been arrested

in the Southern District of Florida, having had an initial
appearance before the Court and having:

_X_ waived further hearing

_____ been given a hearing in
accordance with

**Fed.R.Crim.P.R. 5(c)(3)** having not posted the bail as set by the
Court, the defendant is hereby committed to the custody of the
United States Marshal for removal to the District where the
charge is pending and delivery to the United States Marshal for
that District or his lawfully authorized representative.

**DONE AND ORDERED** at Miami, Florida this 28 day of October 2009.

TAPE NO. 09-E-42
15 0334

_____
UNITED STATES MAGISTRATE JUDGE
TED E. BANDSTRA

c:Csl & AUSA, USM, PTS


SCANNED

**COURT MINUTES**

**U.S. MAGISTRATE JUDGE** **TED E. BANDSTRA** -ATKINS BLDG **7TH FL**

**DATE:10/28/09** **TIME:** 2:00 P.M. **PAGE: 9**

DEFT: STEFAN R. SEUSS (J)82732-004

CASE NO: 09-3485-BANDSTRA

AUSA: Robert J. Lewieter

ATTY: David Roberon For Robert AmS?

AGENT: FBI

VIOL: WARR/IND/E/D/PENN/MONEY LAUNDERING CONSP

PROCEEDING: INITIAL APPEARANCE

RECOMMENDED BOND:

BOND/PTD CONTESTED HRG - yes / no

CJA APP'T:

BOND SET @:

To be cosigned by:

INTERPRETER:

Disposition:

❑ All Standard Conditions.

❑ Surrender / or do not obtain passports / travel documents

❑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person

PTD (No hearing held) may request a hearing in ED/PA

❑ Refrain from excessive use of alcohol

❑ Participate in a mental health assessment and treatment

❑ Random urine testing by Pretrial Services and/or treatment as deemed necessary

Waiver of Removal executed in open court

❑ Not to encumber property.

❑ Maintain or seek full - time employment/education.

❑ No contact with victims / witnesses.

Ordered Removed to ED/PA

❑ No firearms.

❑ May Not visit Transportation Establishments .

❑ Travel extended to: _____

❑ Home Confinement: Electronic Monitoring and/or Curfew _____ paid by _____

❑ Other_____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE | | | | |

TAPE No. 09-E- 41
DAR

150334

SCANNED

TIME CAPTURED




# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
         Plaintiff

-vs-

_Stefan R Scuss_
         Defendant

CASE NUMBER: CR: 09-683-01
09-3485-BANDSTRA
REPORT COMMENCING CRIMINAL ACTION

83732-004

USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT          (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 10/28/09   6:10     A M ___ ✗ PM ___

(2) LANGUAGE SPOKEN: English, (German)

(3) OFFENSE (S) CHARGED: 18 US C 1956 (b)

(4) DATE OF BIRTH: 8/11/1965

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
{ ✗ } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: EDPA

6) REMARKS: _____

7) DATE: 10/28/2009    (8) ARRESTING OFFICER: SA JAMES A. TITCOMBE

9) AGENCY: FBI         (10) PHONE: 215.73 SCANNED

1) COMMENTS: _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  09-3485-BANDSTRA

UNITED STATES OF AMERICA

    Plaintiff,

v.

**STEFAN R. SEUSS**

**YOB:1965**    **(J)#82732-004**
    Defendant.
_____/

## ORDER ON INITIAL APPEARANCE

AUSA _Robert J Lemen_       Language _English_
Agent _FBI_          Tape No. _09E- 42_
                _150534_

  The above-named defendant having been arrested on __10/28/09__ and having appeared before the court for initial appearance on __10/28/09__ _____and proceedings having been held in accordance with **Fed.R.Cr.P.** r. 5 or 40(a), it is thereupon **ORDERED** as follows:

1. _David Rikon for Robert Ahn_ appeared as **permanent/temporary** counsel of record.
  Address:_____
  Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
  Address: _____
  Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2009.

4. Arraignment/Preliminary/Removal/Identity hearing is set for __10:00 A.M. Waived__, 2009.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10 :00 A.M.__, 2009.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
_PTD_ (No hearing held) May request a hearing in
_EDJPA_

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

Waiver Removal executed in open Court
Ordered Removal

## STEFAN R. SEUSS

_____a. Surrender all passports and travel document to the Pretrial Services Office and not to obtain any travel documents during the pendency of the case.

_____b. Report to Pretrial Services as follows:_____time(s) a week in person; _____time(s) a week by phone; _____ as directed; other_____

_____c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

_____d. Maintain or actively seek full time gainful employment.

_____e. Maintain or begin an educational program.

_____f. Avoid all contact with victims of or witnesses to the crimes charged.

_____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

_____h. Comply with the following curfew:_____

_____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_____j. Comply with the following additional special conditions of this bond:
_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida this 28TH day of  OCTOBER , 2009

TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney
Defense Counsel
Pretrial Services/Probation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-3485-Bandstra

UNITED STATES OF AMERICA,

vs.

## WAIVER OF REMOVAL HEARING

Stephan Seuss
_____

I, Stephan Feuss , charged in a proceeding pending in the
Eastern district of Pennsylvania , with violation of
Money Laundering
and having been arrested in the Southern District of Florida
and taken before J. Ted Bandstra a United States Magistrate
Judge for that district, who informed me of the charge and of my
right to retain counsel or request the assignment of counsel if
I am unable to retain counsel, and to have a hearing or execute
a waiver thereof, do hereby waive a hearing before the
aforementioned magistrate and consent to the issuance of a warrant
for my removal to the Eastern district of Pennsylvania
where the aforesaid charge is pending against me.

             2009.                    _____
                                        Signature of defendant
Witness.

_____
UNITED STATES MAGISTRATE JUDGE
   TED E. BANDSTRA

