# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEFAN SEUSS, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NUMBER: 09-CR-00683-JF-1 |

## ORDER AMENDING JUDGEMENT

AND NOW, this 15th of April, 2011, upon consideration of the Defendant's Unopposed Motion to Reconsider Amount of Fine, it is hereby:

**ORDERED AND ADJUDGED** that the Judgement and Commitment Order in this matter be amended to reflect a fine amount of $ 7,500.—.

BY THE COURT:

_____
HONORABLE JOHN P. FULLAM
*Senior Judge, United States District Court*

Copy furnished to:
All counsel of record