AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN District of PENNSYLVANIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STEFAN R. SEUSS | ) | Case No. CR 09-683-01 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

**FILED**
AUG 2 4 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) STEFAN R. SEUSS,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

MONEY LAUNDERING CONSPIRACY - 18:1956(h)

Date: Oct 21, 2009

_____, Deputy Clerk
Issuing officer's signature

City and state: PHILADELPHIA, PA

MICHAEL E. KUNZ, CLERK OF COURT
Printed name and title

---

**Return**

This warrant was received on (date) 10-21-09, and the person was arrested on (date) 10-28-09
at (city and state) PA.

Date: 10-28-09

_____
Arresting officer's signature

_____
Printed name and title