IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 09-683-1 |
| | : | |
| STEFAN SEUSS | : | |
| | : | |

**O R D E R**

**AND NOW**, this 15th day of September, 2014, upon consideration of Defendant's Unopposed Motion to Disseminate Sealed, Redacted Documents for Limited Purpose (Doc. No. 98), it is hereby **ORDERED** that the Motion is **GRANTED**. The Defendant may disseminate the redacted documents in question to the tax court and opposing government counsel in the tax case.

It is **FURTHER ORDERED** that, upon consideration of Defendant's *Ex-Parte* Application for Order Sealing Document (Doc. No. 99) and after balancing the public right to access to documents with the Government's interest in protecting cooperating witnesses, the Motion is **GRANTED.** Docket Numbers 98 and 99 shall be sealed and impounded, and remain in the custody of the Clerk of the Court until further order of this court, except that copies of the order may be provided to Defense Counsel Robert G. Amsel, Esq. and Susan B. Ercole, A.U.S.A.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.